Entered on Docket October 11, 2017



**Submitted But not Entered.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

**ORDER NOT ENTERED: Counsel shall appear at the Chapter 13 calendar on October 12, 2017 at 9:30 to explain charge for attending section 341 meeting.**

---

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

In re:

    Shaleese Carol Walker

Debtor(s)

Case No. 17-11854 CMA Ch. 13

ORDER APPROVING ATTORNEY COMPENSATION

    THIS MATTER came on before the Court on counsel's Application for Compensation in a Chapter 13 case filed by Mark A. Ditton ("Applicant"). Based on the Application

    IT IS HEREBY ORDERED:

1. Applicant is awarded $3,970.93 as an administrative expense under 11 U.S.C. § 503(b);

2. The compensation shall be paid according to the confirmed plan, or if a plan is never confirmed, prior to dismissal or conversion (subject to the applicable Trustee's fee);

ORDER

**Submitted But not Entered.**

//

3. Unless the Court orders otherwise, if this case is dismissed or converted after plan confirmation, the Chapter 13 trustee shall send undisbursed plan payments on hand to debtor(s) in care of the Applicant, if the Applicant is the debtor(s) attorney at the time of dismissal or conversion.

///END OF ORDER///

Presented by:
/s/Mark A. Ditton
Mark A. Ditton WSBA #45432
NW Debt Relief Law Firm
14900 Interurban Ave. S. #265
Seattle, WA 98168
206-674-4602

ORDER